FILED
MAR 15 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2010
MARCH 15, 2011 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:11-00081

21 U.S.C. § 846
21 U.S.C. §841(a)(1)
18 U.S.C. § 2

JAVIER MENDEZ-GONZALEZ,
    also known as "DANNY,"
ANGELA MANGIAPANE,
JEREMY DAVID PARKER,
MICHAEL MOORE,
ALONSO MARQUEZ-TELLO,
    also known as "ANGEL,"
BRITTANY M. STATON,
    also known as "EMILY," and
MARK DILLON



# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

From in or about December, 2010, to on or about February 18, 2011, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants JAVIER MENDEZ-GONZALEZ, also known as "DANNY," ANGELA MANGIAPANE, JEREMY DAVID PARKER, MICHAEL MOORE, ALONSO MARQUEZ-TELLO, also known as "ANGEL," and BRITTANY M. STATON, also known as "EMILY," and other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to

distribute heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about December 30, 2010, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants MICHAEL MOORE and MARK DILLON, aided and abetted by each other, knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE**

On or about January 5, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ANGELA MANGIAPANE knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FOUR

On or about January 11, 2011, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JEREMY DAVID PARKER knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about January 18, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JAVIER MENDEZ-GONZALEZ, also known as "DANNY," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX

On or about January 20, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants JAVIER MENDEZ-GONZALEZ, also known as "DANNY," and ALONSO MARQUEZ-TELLO, also known as "ANGEL," aided and abetted by each other, knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SEVEN**

On or about January 24, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JAVIER MENDEZ-GONZALEZ, also known as "DANNY" knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT EIGHT**

On or about January 27, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JAVIER MENDEZ-GONZALEZ, also known as "DANNY" knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

On or about February 3, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JAVIER MENDEZ-GONZALEZ, also known as "DANNY" knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

On or about February 15, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants ALONSO MARQUEZ-TELLO, also known as "ANGEL," and BRITTANY M. STATON, also known as "EMILY," aided and abetted by each other, knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about February 18, 2011, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants JAVIER MENDEZ-GONZALEZ, also known as "DANNY," ALONSO MARQUEZ-TELLO, also known as "ANGEL," and BRITTANY M. STATON, also known as "EMILY," aided and abetted by each other, knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

R. BOOTH GOODWIN II
United States Attorney

By: *Monica L. Dillon*
MONICA L. DILLON
Assistant United States Attorney